**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Horace Eugene Privette, Jr. and Tracy Irene Garrity Privette, Respondents,

v.

Autumn Shana Garrity-Johnson, Cory Shane Jeffries, and South Carolina Department of Social Services, Defendants,

Of whom Autumn Shana Garrity-Johnson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001481

———————

Appeal From York County
M. Todd Thigpen, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-316
Submitted August 24, 2021 – Filed August 31, 2021

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Larry Dale Dove, of Dove Law Group, LLC, of Rock Hill, for Respondents.

April Dawn Porter, of Law Office of April D. Porter, P.C., of Chester, as Guardian ad Litem.

---

**PER CURIAM:**  Autumn Shana Garrity-Johnson appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Garrity-Johnson's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.